# ATTACHMENT A

```
 1  GLENN B. McCORMICK
    Acting United States Attorney
 2  District of Arizona
    DAVID P. FLANNIGAN
 3  HEATHER SIEGELE
    Assistant U.S. Attorneys
 4  State Bar Numbers: 007162 and 023996
    United States Courthouse
 5  405 W. Congress Street, Suite 4800
    Tucson, Arizona 85701
 6  Telephone: 520-620-7300
    Email: david.flannigan@usdoj.gov
 7         heather.siegele@usdoj.gov
    Attorneys for Plaintiff
 8
```

FILED
2021 MAY 12 PM 4:59
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01042 TUC-JCH(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |

1. Manuel de Jesus Ochoa-Vasquez;
   (Counts 1-6, 8, 10, 11, 13, 17, 20)

2. Carlos Barron-Arredondo;
   (Counts 1, 3-6, 13)

3. Fabiola Flores-Galvez;
   (Counts 1, 20)

4. Isaac Gonzalez-Matul,
   (Counts 1, 2, 5, 8, 20)

5. ███

6. ███

7. Oscar Roberto Mejia-De Leon;
   (Counts 1, 5, 19, 20)

8. Saul Martinez-Mercado;
   (Counts 1, 16)

9. ███

10. ███

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport and Harbor Illegal Aliens for Profit)
Count 1

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Attempted Transportation of Illegal Aliens for Profit)
Counts 2, 9, 12, 18, 19

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
Counts 3-5, 7, 8, 10, 11, 13-17

8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Harboring Illegal Aliens for Profit)
Count 6

18 U.S.C. § 1956(h)
(Conspiracy to Commit Money Laundering)
Count 20

|  |  |
|---|---|
| 11. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>12. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>13. Argeo Mendoza-Galvez;<br>    (Counts 1, 15, 18, 20)<br>14. Sandra Cuevas-Montesinos;<br>    (Counts 1, 15, 20)<br>15. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>16. Rolando Cota-Leyva;<br>    (Counts 1, 9, 14)<br>17. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>18. David Lopez-Laurean;<br>    (Counts 1, 11)<br>19. Ronaldo Garde-Cienfuegos;<br>    (Counts 1, 9, 12, 14, 20)<br>20. Juan Manuel Osorio-Felix;<br>    (Counts 1, 9)<br>21. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br><br>        Defendants. | FORFEITURE ALLEGATION<br><br>18 USC §§982(a)(6)(A)(ii)(I), 982(a)(6), 982(a)(1), 981(a)(1)(C), and 28 USC §2461(c)<br><br>(UNDER SEAL) |

THE GRAND JURY CHARGES:

## COUNT 1

### Conspiracy to Transport and Harbor Illegal Aliens for Profit

From a date unknown to on or about December 31, 2020, in the District of Arizona, and elsewhere, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, FABIOLA FLORES-GALVEZ, ISAAC GONZALEZ-MATUL, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ OSCAR ROBERTO MEJIA-DE LEON, SAUL MARTINEZ-MERCADO, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ARGEO MENDOZA-GALVEZ, SANDRA CUEVAS-MONTESINOS,

- 2 -

██████████████████████ ROLANDO COTA-LEYVA, ████
████ DAVID LOPEZ-LAUREAN, RONALDO GARDE-CIENFUEGOS, JUAN MANUEL OSORIO-FELIX, and ████████████████ did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the Grand Jury, to transport and move illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and to conceal, harbor, and shield from detection said illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), all within the United States, and did so for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## COUNT 2

### Attempted Transportation of Illegal Aliens for Profit

On or about September 27, 2019, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, ISAAC GONZALEZ-MATUL, and other co-conspirators, knowing and in reckless disregard of the fact that eight aliens, namely, Fredi Guarcas-Tecun, Juan Morales-Morales, Anibal Tomas-Cardona, Silvia Juarez-Lopez, Francisco Ajapacaja-Sapon, Elizabeth Lopez-Tomas, Alvaro Lopez-Rojas, and Maria Ramirez-Gomez, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i).

## COUNT 3

### Transportation of Illegal Aliens for Profit

On or about October 7 and October 8, 2019, in the District of Arizona, and

- 3 -

elsewhere, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, ██████████ and other co-conspirators, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 4

### Transportation of Illegal Aliens for Profit

On or about November 7, 2019, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, and other co-conspirators, knowing and in reckless disregard of the fact that three unknown aliens had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 5

### Transportation of Illegal Aliens for Profit

On or about November 20, 2019, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, ISAAC GONZALEZ-MATUL, CARLOS BARRON-ARREDONDO, OSCAR ROBERTO MEJIA-DE LEON, and other co-conspirators, knowing and in reckless disregard of the fact that two aliens, namely, Nelson Siquin-Garcia

and Roberto Ruiz-Bravo, and six other aliens, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 6

### Harboring of an Illegal Alien for Profit

On or about December 9, 2019 through December 12, 2019, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, and other co-conspirators, knowing and in reckless disregard of the fact an alien, namely Grecia Lopez-Garcia, had come to, entered and resided in the United States in violation of law, concealed, harbored and shielded from detection said illegal alien, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

## COUNT 7

### Transportation of Illegal Aliens for Profit

On or about December 14, 2019, in the District of Arizona, and elsewhere, ▮▮▮ ▮▮▮ and other co-conspirators knowing and in reckless disregard of the fact that twelve unknown aliens had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel,

- 5 -

command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 8
### Transportation of Illegal Aliens for Profit

On or about February 22, 2020 and February 23, 2020, in the District of Arizona, and elsewhere, MANUEL DE JESUS OCHOA-VASQUEZ, ISAAC GONZALEZ-MATUL, ▮▮▮▮▮ and other co-conspirators, knowing and in reckless disregard of the fact that six unknown aliens had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 9
### Attempted Transportation of Illegal Aliens for Profit

On or about March 24, 2020 and March 25, 2020, in the District of Arizona, ROLANDO COTA-LEYVA, RONALDO GARDE-CIENFUEGOS, JUAN MANUEL OSORIO-FELIX, ▮▮▮▮▮ and other co-conspirators, knowing and in reckless disregard of the fact that thirteen illegal aliens, namely, Oscar Perez-Reyes, Jose Perez-Perez, Angel Batzo-Luna, Jesus Candia-Garcia, Josue Batalla-Luna, Baudilio Cho-Oan, Edgar Chumil-Chiyal, Juan Espinoza-Gonzalez, Agustin Cruz-Ayuso, Gerardo Perez-Gayosso, N P-C, (initials of apprehended minor), Andrea Sicajaw-Sicay, and Julio Valdez-Armenta, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i).

## COUNT 10

### Transportation of an Illegal Alien for Profit

On or about May 15, 2020, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, ███████████ and other co-conspirators, knowing and in reckless disregard of the fact that Ofelia Zantonio-Santos, an illegal alien, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 11

### Transportation of Illegal Aliens for Profit

On or about June 4, 2020 and June 5, 2020, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, DAVID LOPEZ-LAUREAN, ███████████ ███████ and other co-conspirators, knowing and in reckless disregard of the fact that approximately four unknown illegal aliens, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.


## COUNT 12

### Attempted Transportation of Illegal Aliens for Profit

On or about June 15, 2020, in the District of Arizona, RONALDO GARDE-CIENFUEGOS, and other co-conspirators, knowing and in reckless disregard of the fact that four illegal aliens, namely, Oscar Mendoza-Lopez, Gustavo Ramo-Alvarez, Benito Vicente-Ciprano, and Rene Lopez-Rodriguez, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i).

## COUNT 13

### Transportation of Illegal Aliens for Profit

On or about June 17, 2020, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, ███████, and other co-conspirators, knowing and in reckless disregard of the fact that three illegal aliens, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 14

### Transportation of Illegal Aliens for Profit

On or about June 29, 2020, in the District of Arizona, ROLANDO COTA-LEYVA, RONALDO GARDE-CIENFUEGOS, ███████, and other co-conspirators, knowing and in reckless disregard of the fact that ten unknown illegal aliens, had come to,

entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 15

### Transportation of an Illegal Alien for Profit

On or about July 21, 2020, in the District of Arizona, ARGEO MENDOZA-GALVEZ, SANDRA CUEVAS-MONTESINOS and other co-conspirators, knowing and in reckless disregard of the fact that two or more unknown illegal aliens, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 16

### Transportation of Illegal Aliens for Profit

On or about July 26, 2020, in the District of Arizona, SAUL MARTINEZ-MERCADO, and other co-conspirators, knowing and in reckless disregard of the fact that five illegal aliens, namely, Carlos Andino-Carcamo, Carlos Funes-Chavez, Juan Gallegos-Navarette, Ana Sandoval-Miranda, and Nevis Castro-Padilla, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and

1 did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title
2 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United
3 States Code, Section 2.

## COUNT 17

### Transportation of Illegal Aliens for Profit

On or about August 21, 2020 and August 24, 2020, in the District of Arizona, MANUEL DE JESUS OCHOA-VASQUEZ, ███████████████ and other co-conspirators, knowing and in reckless disregard of the fact that two illegal aliens, namely, Juan Diego Ochoa-Sanchez and Francisco Ochoa-Sanchez, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 18

### Attempted Transportation of Illegal Aliens for Profit

On or about August 28, 2020, in the District of Arizona, ARGEO MENDOZA-GALVEZ, and other co-conspirators, knowing and in reckless disregard of the fact that seven illegal aliens, namely, S B-D (initials of apprehended minor), Viridiana Balvez-Delgado, Joel Corona-Valenzuela, Maria Maldonado-Pastor, J.M.-P. (initials of apprehended minor), J.M.-B. (initials of apprehended minor), and Francisco Mendez-Enriquez, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i).

## COUNT 19
### Attempted Transportation of Illegal Aliens for Profit

On or about September 12, 2020, in the District of Arizona, CARLOS FRANCISCO GALVEZ-MENDEZ, OSCAR ROBERTO MEJIA-DE LEON, and other co-conspirators, knowing and in reckless disregard of the fact that five illegal aliens, namely Jose PASA-Lopez, Hermin Hernandez-Chum, Oscar Vasquez De Leon, Sergio Hernandez-Perez, and Erika Miron-Diaz, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i).

## COUNT 20
### Conspiracy to Commit Money Laundering

From a date unknown and continuing through December 31, 2020, in the District of Arizona, and elsewhere, MANUEL DE JESUS OCHOA-VASQUEZ, FABIOLA FLORES-GALVEZ, ISAAC GONZALEZ-MATUL, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ARGEO MENDOZA-GALVEZ, SANDRA CUEVAS-MONTESINOS, OSCAR ROBERTO MEJIA-DE LEON, CARLOS FRANCISCO GALVEZ-MENDEZ, and RONALDO GARDE-CIENFUEGOS, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

    (a) to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the

proceeds of specified unlawful activity, that is, the transportation and harboring of illegal aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b) to transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

(c) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, the transportation and harboring of illegal aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii), from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

Upon conviction of the violations alleged in Counts 1-20 of this Indictment, defendants, MANUEL DE JESUS OCHOA-VASQUEZ, CARLOS BARRON-ARREDONDO, FABIOLA FLORES-GALVEZ, ISAAC GONZALEZ-MATUL,

1  ███████████████████████████████████ OSCAR ROBERTO
2  MEJIA-DE LEON, SAUL MARTINEZ-MERCADO, ███████████████████
3  ██████████████████████████████████████████████ ARGEO
4  MENDOZA-GALVEZ, SANDRA CUEVAS-MONTESINOS, ██████████
5  ████████████ ROLANDO COTA-LEYVA, ████████████ DAVID LOPEZ-
6  LAUREAN, RONALDO GARDE-CIENFUEGOS, JUAN MANUEL OSORIO-FELIX,
7  ████████████████████████████████████████████████ shall forfeit to the
8  United States pursuant to:

9     1)     Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), all right, title, and
10 interest in any property, real or personal, that constitutes, or is derived from or is traceable
11 to the proceeds obtained directly or indirectly from the commission of an offense in
12 violation of Title 8, United States Code, Section 1324;

13     2)     Title 18, United States Code, Section 982(a)(6), any conveyance, including
14 any vessel, vehicle, or aircraft, used in the commission of the offense; any property, real or
15 personal, that constitutes or is derived from or is traceable to the proceeds obtained directly
16 or indirectly from the commission of the offense, and any property, real or personal, used
17 to facilitate or intended to be used to facilitate the commission of the offense in violation
18 of Title 8, United States Code, Section 1324;

19     3)     Title 18, United States Code, Section 982(a)(1), all right, title, and interest in
20 any property, real or personal, involved in an offense of Title 18, United States Code,
21 Section 1956, or any property traceable to such property, and

22     4)     Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
23 States Code, Section 2461(c), all right, title, and interest in any property, real or personal,
24 which was involved in a transaction or attempted transaction of Title 18, United States
25 Code, Section 1956 and which constitutes or was derived from the proceeds traceable to a
26 violation of Title 8, United States Code, Section 1324.

27      The property to be forfeited includes, but is not limited to:

28      a)     A sum of money equal to the amount of proceeds obtained as a result of the

offenses.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendants, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), Title 18, United States Code, Section 982(a)(6), Title 18, United States Code, Section 982(a)(1), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: May 12, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

DAVID P. FLANNIGAN
HEATHER SIEGELE
Assistants U.S. Attorney